UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                           Case No.:    13-17472

Margaret M. DeCaro

                                                              Adv. No.: _____

                                                              Judge:      JNP

                    Debtor (s),

_____:    Chapter:       13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable     Jerrold N. Poslusny Jr.    , United States Bankruptcy Judge.

**Reason for Hearing:**      To Consider Debtor(s)'s Objection
                                                  to Creditor's Certification of Non Payment on
                                                  behalf of NATIONSTAR MORTGAGE, LLC

**Location of Hearing:**      Courtroom No.   4-C
                                                  Mitchell H. Cohen U.S. Courthouse
                                                  400 Cooper Street
                                                  Camden, NJ

**Date and Time:**      November 15, 2016 @10:00AM,
                                                  or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ✔ **ARE REQUIRED**      ____ **ARE NOT REQUIRED**

DATED:      10/17/2016                             JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on   10/17/         , 20  16  the foregoing notice was served on the following:

     Margaret M. DeCaro
     Leonard R. Wizmur
     Charles H. Jeanfreau
     Isabel Balboa, Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*

United States Bankruptcy Court
District of New Jersey

In re:
Margaret M. DeCaro
      Debtor

Case No. 13-17472-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2016
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.
db           +Margaret M. DeCaro,    2709 Kent Court,    Pennsauken, NJ 08109-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:
         Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
          BNCmail@w-legal.com
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Jennifer R. Gorchow     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
         John Philip Schneider     on behalf of Creditor    Nationstar Mortgage nj.bkecf@fedphe.com
         Joni L. Gray     on behalf of Debtor Margaret M. DeCaro joni@sjbankruptcylaw.com,
          jgrayecf@gmail.com
         Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Leonard R. Wizmur     on behalf of Debtor Margaret M. DeCaro lwizmur@mpadlaw.com,
          lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.c
          om
                                                                                                                  TOTAL: 8