# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13−17472−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margaret M. DeCaro
   2709 Kent Court
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−2265

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        12/8/16
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Leonard R. Wizmur, Debtor's Attorney

COMMISSION OR FEES
Fee: $1,200.00,

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 14, 2016
JJW:

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 13-17472-JNP
Margaret M. DeCaro                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin               Page 1 of 2            Date Rcvd: Nov 14, 2016
                             Form ID: 137              Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
```
db           +Margaret M. DeCaro,   2709 Kent Court,    Pennsauken, NJ 08109-3633
lm            Bank of America Home Loan,    PO Box 5170,    Simi Valley, CA 93062-5170
cr           +Nationstar Mortgage,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
513824513     Aria Health Physician Svs,    PO Box 8500-6335,    Philadelphia, PA 19178-6335
513824515    +Attorney General,   State of New Jersey,    P.O. Box 112,    Trenton, NJ 08625-0112
513824518     BJ's Visa Card,   Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
513824517     Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
514127967     CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
513824514    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: AT&T Universal Card,    PO Box 182564,    Columbus, OH 43218-2564)
513824519     Capitol One, N.A.,   c/o Bass & Associates,    3930 E. Fort Lowell Road,   Suite 200,
               Tucson, AZ 85712
513824520     Chase,   PO Box 15298,    Wilmington, DE 19850-5298
513824521    +Chase Bank USA NA,   P.O. Box 740933,    Dallas, TX 75374-0933
513829729    +Citizens Auto Finance,   443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
513824524    +Citizens Bank,   480 Jefferson Blvd.,    RJE 135,   Warwick, RI 02886-1359
513829731    +Citizens Bank,   443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
513824523    +Citizens Bank,   1 Citizens Drive,    Riverside, RI 02915-3000
513824522     Citizens Bank,   PO Box 42002,    Providence, RI 02940-2002
513946224     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
513824528    +FIA Cardservices NA,   Attn: Bankruptcy Dept.,    P.O. Box 182125,    Columbus, OH 43218-2125
513824531     Great Lakes,   P.O. Box 530229,    Atlanta, GA 30353-0229
513824532     HSBC/Best Buy,   PO Box 15521,    Wilmington, DE 19850-5521
514133598    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,   PO Box 630267,
               Irving, Texas 75063)
513824539     PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
513830766    +RBS Citizens,   443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
516298104    +ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    BANKRUPTCY DEPARTMENT,    6409 CONGRESS AVE., SUITE 100,
               BOCA RATON, FL 33487-2853
513824541    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,   PO Box 245,
               Trenton, NJ 08695)
513824542    +Stevens Business Service,    92 Bolt Street,   Suite 1,    P.O. Box 1233,   Lowell, MA 01853-1233
513824543     Target National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
513824544     US Airways Mastercard,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
513883949     US Department of Education,    Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
513824545     US Dept of Education,    Attn: Borrower's Service,    PO Box 5609,   Greenville, TX 75403-5609
514031441     eCAST Settlement Corporation assignee of Citibank,    (South Dakota) NA,    POB 29262,
               New York NY 10087-9262
513824527     eCast Settlement Corp.,    P.O. B. 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2016 21:59:09     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2016 21:59:08     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513824512     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2016 21:57:35     American InfoSource LP,
               P.O. Box 4457,   Houston, TX 77210-4457
513870633     E-mail/Text: mrdiscen@discover.com Nov 14 2016 21:58:59     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany OH 43054-3025
513824525     E-mail/Text: mrdiscen@discover.com Nov 14 2016 21:58:59     Discover Card,   PO Box 3025,
               New Albany, OH 43054-3025
513824526    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 21:57:34
               East Bay Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 288,
               Greenville, SC 29602-0288
514119141    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 21:57:48
               East Bay Funding, LLC its successors and assigns,   as assignee of CR Evergreen, LLC,
               Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
513824529     E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2016 21:57:43     GEMB/Old Navy,   PO Box 981400,
               Branch C11A,   El Paso, TX 79998-1400
513824530    +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2016 21:57:54     GEMB/Sam's Club,   PO Box 981400,
               El Paso, TX 79998-1400
513824533     E-mail/Text: cio.bncmail@irs.gov Nov 14 2016 21:59:03     IRS-Insolvency Central,   PO Box 7346,
               Philadelphia, PA 19101-7346
513824534    +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2016 21:57:43     JC Penney,
               Attn: Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
513824535    +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 14 2016 21:59:01     Kohls/Chase,
               N56W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
513824536     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 21:57:48     LVNV Funding LLC,
               c/o Resurgent Capital Services,    P.O. Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Nov 14, 2016
                              Form ID: 137             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514119140        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2016 21:57:34
                  LVNV Funding, LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
                  Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
513824537       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2016 21:59:08      Midland Funding LLC,
                  8875 Aero Dr,    Suite 200,    San Diego, CA 92123-2255
513941086       +E-mail/Text: bncmail@w-legal.com Nov 14 2016 21:59:11      OAK HARBOR CAPITAL LLC,
                  C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513824538       +E-mail/Text: bncmail@w-legal.com Nov 14 2016 21:59:11      Oak Harbor Capital LLC,
                  c/o Weinstein & Riley P.C.,    2001 Western Avenue,,    Suite 400,    Seattle, WA 98121-3132
514082435        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2016 22:03:25
                  Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,    Norfolk VA 23541
513911128       +E-mail/Text: bankruptcy@pseg.com Nov 14 2016 21:58:59      PSEG,    PO BOX 490,
                  Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513824540       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2016 22:21:26
                  Receivables Management LLC,     as Agent for Portfolio Recovery Associat,    c/o Sam’s Club,
                  P.O. Box 41067,    Norfolk, VA 23541-1067
513842166       +E-mail/Text: bncmail@w-legal.com Nov 14 2016 21:59:13      VANDA, LLC,
                  C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513824546       +E-mail/Text: bncmail@w-legal.com Nov 14 2016 21:59:13      Vanda LLC,    c/o Weinstein & Riley PC,
                  2001 Western Avenue,    Suite 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +NATIONSTAR MORTGAGE, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                  Mt. Laurel, NJ 08054-3437
515424193*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
513824516      ##Bank of America,   PO Box 15026,    Wilmington, DE 19850-5026
                                                                                             TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
```
              Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    Nationstar Mortgage nj.bkecf@fedphe.com
              Joni L. Gray    on behalf of Debtor Margaret M. DeCaro joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Leonard R. Wizmur    on behalf of Debtor Margaret M. DeCaro lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;djamison@mpadlaw.com
                                                                                             TOTAL: 9
```