UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Leonard R. Wizmur, Esq.
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
lwizmur@mpadlaw.com

Order Filed on December 8,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

   Margaret M. DeCaro,

        Debtor.

Case No.: 13-17472

Chapter: 13

Judge: JNP

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: December 8, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Leonard R. Wizmur_____, the applicant, is allowed a fee of $ _____1,200.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____1,200.00_____ . The allowance is payable:

  ☒  through the Chapter 13 plan as an administrative priority.

  ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,342.00_____ per month for _17 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*