UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles H. Jeanfreau
Weinstein & Riley, PS
11 Broadway, Suite 615, New York, NY 10004
Telephone: (212) 268-5583
Fax: (800) 206-7410
Email: charlesj@w-legal.com
Attorneys for Nationstar Mortgage LLC

Order Filed on December 15, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Margaret M. De Caro

Case No.: 13-17472-JNP

Judge: Jerrold N. Poslusny, Jr.

Hearing Date(s):

Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: December 15, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Charles H. Jeanfreau, Esq. |
| Debtor's Counsel: | Leonard R. Wizmur, Esq. |
| Property Involved ("Collateral"): | 2709 Kent Court, Pennsauken NJ 09109 |

Relief sought:   ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐   The Debtor is overdue for __2__ months, from __10/1/2016__ to __11/1/2016__.

    ☐   The Debtor is overdue for __7__ payments at $__1,760.82__ per month.

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.

    ☐   Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due  $_____18,521.74_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐   Immediate payment shall be made in the amount of $__5000.00__. Payment shall be made no later than __11/15/2016__.

    ☒   Beginning on __12/1/2016__, regular monthly mortgage payments shall continue to be made in the amount of $__3,108.59__.

    ☒   Beginning on __12/15/2016__, additional monthly cure payments shall be made in the amount of $__4,630.44__ for __4__ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

_____

_____

☒ Regular monthly payment: Nationstar Mortgage, LLC_____

350 Highland Drive, Lewisville TX 75067

attn:  Bankruptcy Department_____

☒ Monthly cure payment: same as above_____

_____

_____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $___525.00___, and costs of $___176.00___.

   The fees and costs are payable:

   ☐ through the Chapter 13 plan.

   ☒ to the Secured Creditor within (inc.in cure) days.

☐ Attorneys' fees are not awarded.

*rev.8/1/15*