UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles H. Jeanfreau
Weinstein & Riley, PS
11 Broadway, Suite 615, New York, NY 10004
Telephone: (212) 268-5583
Fax: (800) 206-7410
Email: charlesj@w-legal.com
Attorneys for Nationstar Mortgage LLC

**Order Filed on December 15, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Margaret M. De Caro

Case No.: 13-17472-JNP
Judge: Jerrold N. Poslusny, Jr.
Hearing Date(s):
Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

### ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: December 15, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Charles H. Jeanfreau, Esq. |
| Debtor's Counsel: | Leonard R. Wizmur, Esq. |
| Property Involved ("Collateral"): | 2709 Kent Court, Pennsauken NJ 09109 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐ The Debtor is overdue for __2__ months, from __10/1/2016__ to __11/1/2016__.

    ☐ The Debtor is overdue for __7__ payments at $__1,760.82__ per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due  $_____18,521.74_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $____5000.00____. Payment shall be made no later than ____11/15/2016____.

    ☒ Beginning on ____12/1/2016____, regular monthly mortgage payments shall continue to be made in the amount of $__3,108.59__.

    ☒ Beginning on ____12/15/2016____, additional monthly cure payments shall be made in the amount of $__4,630.44__ for __4__ months.

☐   The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐   Immediate payment: _____
_____
_____

☒   Regular monthly payment: Nationstar Mortgage, LLC
350 Highland Drive, Lewisville TX 75067
attn: Bankruptcy Department

☒   Monthly cure payment: same as above
_____
_____

4. In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

☒    The Applicant is awarded attorneys fees of $ __525.00__ , and costs of $ __176.00__ .

     The fees and costs are payable:

       ☐    through the Chapter 13 plan.

       ☒    to the Secured Creditor within (inc.in cure) days.

☐    Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:  
Margaret M. DeCaro  
       Debtor

Case No. 13-17472-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 15, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.  
db        +Margaret M. DeCaro,    2709 Kent Court,    Pennsauken, NJ 08109-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:

           Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,  
            BNCmail@w-legal.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
            summarymail@standingtrustee.com  
           Jennifer R. Gorchow    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com  
           John Philip Schneider    on behalf of Creditor    Nationstar Mortgage nj.bkecf@fedphe.com  
           Joni L. Gray    on behalf of Debtor Margaret M. DeCaro joni@sjbankruptcylaw.com,  
            jgrayecf@gmail.com  
           Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage legerman@rasnj.com,  
            gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
           Leonard R. Wizmur    on behalf of Debtor Margaret M. DeCaro lwizmur@mpadlaw.com,  
            lwizmur@comcast.net;kgresh@mpadlaw.com;jhughes@mpadlaw.com;djamison@mpadlaw.com  
                                                                                                           TOTAL: 9