UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles H. Jeanfreau, Esq.
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 268-5540
Fax: (800) 206-7410
email: charlesj@w-legal.com
Attorney for Nationstar Mortgage, LLC

In Re:

Margaret M. DeCaro

Case No.: 13-17472-JNP

Adv. No.: 

Chapter: 13

Hearing Date: 8/22/2017

Judge: Jerrold N. Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Charles H. Jeanfreau,

   ☒  am the attorney for: Nationstar Mortgage, LLC

   ☐  am self-represented

   Phone number: 212-268-5583

   Email address: charlesj@w-legal.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default, Docket No. 80

   Current hearing date and time: 8/22/2017 at 10:00 a.m.

   New date requested: 9/26/2017 at 10:00 a.m.

   Reason for adjournment request: Parties are exchanging documents and attempting to resolve the issue, and would like to continue this process.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 8/18/2017                           /s/ Charles H. Jeanfreau
                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 9/26/2017 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*