---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone  856-482-5544
Fax 856-482-5511
tegner@mcdowelllegal.com
Attorney for Debtors

**Order Filed on May 15, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Margaret DeCaro,

           Debtors

Case No: _____13-17472_____

Chapter: _____13_____

Hearing Date: _____5/15/2018_____

Judge: _____JNP_____

---

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 15, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 2709 Kent Court, Pennsauken, NJ 08109

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: Citizens Bank
   b. Current Assignee: Citizens Bank
   c. Current Servicer: Citizens Bank
   d. Date of Mortgage/Lien: 9/28/2007
   e. Date of Recordation: 10/19/2007
   f. Place of Recordation: Camden County Clerk
      i. Mortgage Book: 08689
      ii. Page: 1266
   g. Original Principal Balance of Mortgage/Lien: $ 20,000

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*