**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone  856-482-5544
Fax 856-482-5511
tegner@mcdowelllegal.com
Attorney for Debtors

Order Filed on May 15, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Margaret DeCaro,

    Debtors

| | |
|---|---|
| Case No: | 13-17472 |
| Chapter: | 13 |
| Hearing Date: | 5/15/2018 |
| Judge: | JNP |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 15, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 2709 Kent Court, Pennsauken, NJ 08109

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Citizens Bank
b. Current Assignee: Citizens Bank
c. Current Servicer: Citizens Bank
d. Date of Mortgage/Lien: 9/28/2007
e. Date of Recordation: 10/19/2007
f. Place of Recordation: Camden County Clerk
   i. Mortgage Book: 08689
   ii. Page: 1266
g. Original Principal Balance of Mortgage/Lien: $ 20,000

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 13-17472-JNP
Margaret M. DeCaro                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1                Date Rcvd: May 15, 2018
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Margaret M. DeCaro,    2709 Kent Court,    Pennsauken, NJ 08109-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Nationstar Mortgage nj.bkecf@fedphe.com
              Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
              Joni L. Gray    on behalf of Debtor Margaret M. DeCaro joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Leonard R. Wizmur    on behalf of Debtor Margaret M. DeCaro lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r
               62202@notify.bestcase.com
              Robert A. Rich    on behalf of Creditor    Citizens Bank rrich2@hunton.com
              Robert A. Rich    on behalf of Creditor    RBS Citizens rrich2@hunton.com
              Thomas G. Egner    on behalf of Debtor Margaret M. DeCaro tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
                                                                                               TOTAL: 13