**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Margaret M. DeCaro<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2265<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–17472–JNP | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Margaret M. DeCaro

7/13/18                                                    **By the court:** Jerrold N. Poslusny Jr.
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-17472-JNP
Margaret M. DeCaro                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 3          Date Rcvd: Jul 13, 2018
                              Form ID: 3180W              Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db          +Margaret M. DeCaro,    2709 Kent Court,    Pennsauken, NJ 08109-3633
cr          +Nationstar Mortgage,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
513824513    Aria Health Physician Svs,    PO Box 8500-6335,    Philadelphia, PA 19178-6335
513824515   +Attorney General,    State of New Jersey,    P.O. Box 112,    Trenton, NJ 08625-0112
513824518    BJ's Visa Card,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
513824519    Capitol One, N.A.,    c/o Bass & Associates,    3930 E. Fort Lowell Road,    Suite 200,
              Tucson, AZ 85712
513824521   +Chase Bank USA NA,    P.O. Box 740933,    Dallas, TX 75374-0933
513829729   +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
513824524   +Citizens Bank,    480 Jefferson Blvd.,    RJE 135,    Warwick, RI 02886-1359
513829731   +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
513824523   +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
513824522    Citizens Bank,    PO Box 42002,    Providence, RI 02940-2002
513946224    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513824528   +FIA Cardservices NA,    Attn: Bankruptcy Dept.,    P.O. Box 182125,    Columbus, OH 43218-2125
513824531    Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
514133598   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    PO Box 630267,
               Irving, Texas 75063)
513824539    PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
513830766   +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
516298104   +ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    BANKRUPTCY DEPARTMENT,    6409 CONGRESS AVE., SUITE 100,
              BOCA RATON, FL 33487-2853
513824541   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
               Trenton, NJ 08695)
513824542   +Stevens Business Service,    92 Bolt Street,    Suite 1,    P.O. Box 1233,    Lowell, MA 01853-1233
516966711    Tara Reilly,    101 Oakridge Dr,    Mount Royal, NJ 08061-1097
513883949    US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI  53708-8973
513824545    US Dept of Education,    Attn: Borrower's Service,    PO Box 5609,    Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
lm           EDI: BANKAMER.COM Jul 14 2018 03:03:00     Bank of America Home Loan,    PO Box 5170,
              Simi Valley, CA  93062-5170
513824512    EDI: AIS.COM Jul 14 2018 03:13:00     American InfoSource LP,    P.O. Box 4457,
              Houston, TX 77210-4457
513824516    EDI: BANKAMER.COM Jul 14 2018 03:03:00     Bank of America,    PO Box 15026,
              Wilmington, DE 19850-5026
513824517    EDI: BANKAMER.COM Jul 14 2018 03:03:00     Bank of America Home Loans,    PO Box 5170,
              Simi Valley, CA 93062-5170
514127967    EDI: BL-BECKET.COM Jul 14 2018 03:13:00     CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
              POB 3001,    MALVERN, PA 19355-0701
513824514    EDI: CITICORP.COM Jul 14 2018 03:13:00     AT&T Universal Card,    PO Box 182564,
              Columbus, OH 43218-2564
513824520    EDI: CHASE.COM Jul 14 2018 03:13:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
513870633    EDI: DISCOVER.COM Jul 14 2018 03:13:00     Discover Bank,    DB Servicing Corporation,
              PO Box 3025,    New Albany OH   43054-3025
513824525    EDI: DISCOVER.COM Jul 14 2018 03:13:00     Discover Card,    PO Box 3025,
              New Albany, OH 43054-3025
513824526   +EDI: RESURGENT.COM Jul 14 2018 03:13:00     East Bay Funding LLC,
              c/o Resurgent Capital Services,    P.O. Box 288,    Greenville, SC 29602-0288
514119141   +EDI: RESURGENT.COM Jul 14 2018 03:13:00     East Bay Funding, LLC its successors and assigns,
              as assignee of CR Evergreen, LLC,    Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
513824529    EDI: RMSC.COM Jul 14 2018 03:13:00     GEMB/Old Navy,    PO Box 981400,    Branch C11A,
              El Paso, TX 79998-1400
513824530   +EDI: RMSC.COM Jul 14 2018 03:13:00     GEMB/Sam's Club,    PO Box 981400,
              El Paso, TX 79998-1400
513824532    EDI: HFC.COM Jul 14 2018 03:13:00     HSBC/Best Buy,    PO Box 15521,
              Wilmington, DE 19850-5521
513824533    EDI: IRS.COM Jul 14 2018 03:13:00     IRS-Insolvency Central,    PO Box 7346,
              Philadelphia, PA 19101-7346
513824534   +EDI: RMSC.COM Jul 14 2018 03:13:00     JC Penney,    Attn: Bankruptcy Department,
              PO Box 103104,    Roswell, GA 30076-9104
513824535   +EDI: CBSKOHLS.COM Jul 14 2018 03:13:00     Kohls/Chase,    N56W17000 Ridgewood Drive,
              Menomonee Falls, WI 53051-7096
```

```
District/off: 0312-1           User: admin              Page 2 of 3                Date Rcvd: Jul 13, 2018
                               Form ID: 3180W           Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513824536      EDI: RESURGENT.COM Jul 14 2018 03:13:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
               P.O. Box 10587,    Greenville, SC 29603-0587
514119140      EDI: RESURGENT.COM Jul 14 2018 03:13:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Chase Bank USA, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
513824537     +EDI: MID8.COM Jul 14 2018 03:13:00      Midland Funding LLC,    8875 Aero Dr,   Suite 200,
               San Diego, CA 92123-2255
513941086     +EDI: OPHSUBSID.COM Jul 14 2018 03:13:00      OAK HARBOR CAPITAL LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513824538     +EDI: OPHSUBSID.COM Jul 14 2018 03:13:00      Oak Harbor Capital LLC,
               c/o Weinstein & Riley P.C.,    2001 Western Avenue,,    Suite 400,   Seattle, WA 98121-3132
514082435      EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Sams Club,
               POB 41067,    Norfolk VA 23541
513911128     +E-mail/Text: bankruptcy@pseg.com Jul 13 2018 23:35:01       PSEG,    PO BOX 490,
               Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513824540     +EDI: PRA.COM Jul 14 2018 03:13:00      Receivables Management LLC,
               as Agent for Portfolio Recovery Associat,    c/o Sam's Club,    P.O. Box 41067,
               Norfolk, VA 23541-1067
513824543      EDI: WTRRNBANK.COM Jul 14 2018 03:13:00      Target National Bank,    PO Box 59317,
               Minneapolis, MN 55459-0317
513824544      EDI: TSYS2.COM Jul 14 2018 03:13:00      US Airways Mastercard,    Card Services,   PO Box 13337,
               Philadelphia, PA 19101-3337
513842166     +EDI: OPHSUBSID.COM Jul 14 2018 03:13:00      VANDA, LLC,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513824546     +EDI: OPHSUBSID.COM Jul 14 2018 03:13:00      Vanda LLC,    c/o Weinstein & Riley PC,
               2001 Western Avenue,    Suite 400,   Seattle, WA 98121-3132
514031441      EDI: ECAST.COM Jul 14 2018 03:13:00      eCAST Settlement Corporation assignee of Citibank,
               (South Dakota) NA,    POB 29262,   New York NY 10087-9262
513824527      EDI: ECAST.COM Jul 14 2018 03:13:00      eCast Settlement Corp.,    P.O. B. 29262,
               New York, NY 10087-9262
                                                                                              TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +NATIONSTAR MORTGAGE, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
515424193*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Nationstar Mortgage nj.bkecf@fedphe.com
              Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC nj.bkecf@fedphe.com
              Joni L. Gray    on behalf of Debtor Margaret M. DeCaro joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
```

```
District/off: 0312-1          User: admin                 Page 3 of 3                  Date Rcvd: Jul 13, 2018
                              Form ID: 3180W              Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Leonard R. Wizmur    on behalf of Debtor Margaret M. DeCaro lwizmur@mpadlaw.com, lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com
        Robert A. Rich    on behalf of Creditor    RBS Citizens rrich2@hunton.com
        Robert A. Rich    on behalf of Creditor    Citizens Bank rrich2@hunton.com
        Thomas G. Egner    on behalf of Debtor Margaret M. DeCaro tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com

                                                                                           TOTAL: 13

Case 13-17472-JNP    Doc 99    Filed 07/15/18    Entered 07/16/18 00:43:16    Desc Imaged
Certificate of Notice    Page 5 of 5